UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DISTRICT

FILED
JAN 1 8 2001
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| ROBERT V. WEST, | § | |
| | § | CIVIL ACTION NO. |
| Plaintiff, | § | |
| | § | SA-99-CA-0089-EP |
| V. | § | |
| | § | |
| TERRY PRECISION BICYCLES, INC., | § | |
| SELLE ITALIA, L.L.P., and | § | |
| PRO NET, INC., | § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL

On this day came on to be heard the Joint Motion To Dismiss With Prejudice of the Parties requesting the entry of an Agreed Order of Dismissal and the Court hereby orders as follows:

IT IS HEREBY ORDERED ADJUDGED AND DECREED that all claims and causes of action asserted in the above referenced and numbered cause on behalf of any party against any other party are hereby DISMISSED WITH PREJUDICE to the refiling of same.

All requested relief not granted herein is DENIED.

SIGNED AND ENTERED this _____ day of _____, 200_.

_____
UNITED STATES DISTRICT JUDGE