UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JAN 1 8 2001
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

ROBERT V. WEST,            )
                           )
    Plaintiff,             )
                           )
VS.                        )   Civil Action No: SA-99-CA-89-EP
                           )
TERRY BICYCLES, INC.,      )
d/b/a TERRY PRECISION CYCLING, )
and d/b/a TERRY LIBERATOR SADDLE, )
                           )
    Defendant.             )

## JUDGMENT

In accordance with this Court's Order of this same date, it is hereby ORDERED, ADJUDGED, and DECREED that this case is DISMISSED WITH PREJUDICE.

SIGNED and ENTERED this ___19th___ day of ___Jan___, 2001.

_____
EDWARD C. PRADO
UNITED STATES DISTRICT JUDGE

55